1  Karin M. Cogbill (State Bar No. 244606)
   Veena Bhatia (State Bar No. 339939)
2  JACKSON LEWIS P.C.
   160 W. Santa Clara St., Suite 400
3  San Jose, California 95113
   Telephone: (408) 579-0404
4  Facsimile: (408) 454-0290
   Email: Karin.Cogbill@jacksonlewis.com
5         Veena.Bhatia@jacksonlewis.com

6  Attorneys for Defendant
   NICE SYSTEMS, INC.
7
8  Scott Stillman (SBN 267506)
   THE LAW OFFICE OF SCOTT STILLMAN
9  220 Jackson Street, Suite 350
   San Francisco, California 94111
10 Telephone: (415) 306-8024
   Email: Scott@scottstillmanlaw.com
11
   Attorney for Plaintiff FRANCESCA SHERRILL
12

13                 UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | FRANCESCA SHERRILL,                        | Case No. 3:24-cv-02573-VC
17 |         Plaintiff,                         | **JOINT STIPULATION TO VACATE MARCH 20, 2025 MANDATORY SETTLEMENT CONFERENCE; ORDER (AS MODIFIED) CONVERTING MARCH 20, 2025 TO A SETTLEMENT PLANNING CALL BY ZOOM**
18 |     v.                                     |
19 | NICE SYSTEMS, INC., a corporation,         |
20 |         Defendant.                         |
21 |                                            | Complaint Filed: 04/30/2024
   |                                            | Trial Date:      09/15/2025

1  Pursuant to Section E of the Court's Notice of Settlement Conference and Settlement
2  Conference Order (Dkt. 33), Defendant NICE Systems, Inc. ("Defendant") and Plaintiff Francesca
3  Sherrill ("Plaintiff") (collectively, "Parties") hereby submit this joint stipulation for an Order
4  vacating the Mandatory Settlement Conference currently scheduled for March 20, 2025 at 10:00
5  a.m. with Chief Magistrate Judge Ryu at the U.S. District Court, 1301 Clay Street, Oakland,
6  California 94612.

7  **WHEREAS**, Plaintiff filed her Complaint on April 30, 2024 in the United States District
8  Court, Northern District of California, Case No. 4:24-cv-02573 ("Complaint") (ECF 1);

9  **WHEREAS**, on September 6, 2024, the Court issued a Settlement Conference Order and
10 scheduled a settlement conference between the Parties for October 22, 2024 (ECF 25);

11 **WHEREAS**, on October 3, 2024, the Parties requested the Court to reschedule the October
12 22, 2024 settlement conference in order to engage in further discovery (ECF 29);

13 **WHEREAS**, on October 8, 2024, the Court vacated the October 22, 2024 settlement
14 conference (ECF 30);

15 **WHEREAS**, on December 4, 2024, the Court rescheduled the settlement conference to
16 March 20, 2025 (ECF 33);

17 **WHEREAS**, the Parties have been actively engaged in conducting discovery, including
18 conducting five depositions to date, with Plaintiff's deposition scheduled for March 10, 2025;

19 **WHEREAS**, the Parties have engaged in good faith settlement negotiations, including
20 extensive discussions between Counsel;

21 **WHEREAS**, following these discussions, the Parties have determined that they've reached
22 an impasse in settlement negotiations, and do not believe that further settlement discussions will
23 be productive at this time, or are in the best interests of their respective clients; and

24 **WHEREAS**, the Parties remain committed to continuing settlement discussions between
25 Counsel, but believe that further litigation, including dispositive motion practice, is necessary.

26 **NOW THEREFORE, IT IS HEREBY STIPULATED**, subject to Court approval, that
27 the Mandatory Settlement Conference currently scheduled for March 20, 2025 at 10:00 a.m. with
28

Chief Magistrate Judge Ryu at the U.S. District Court, 1301 Clay Street, Oakland, California 94612 be **VACATED**.

**IT IS SO STIPULATED.**

Date: March 3, 2025                    THE LAW OFFICE OF SCOTT STILLMAN

By: ___/s/ Scott Stillman___
Scott Stillman
Attorney for Plaintiff
FRANCESCA SHERRILL

Dated: March 3, 2025                    JACKSON LEWIS P.C.

By: ___/s/ Karin M. Cogbill___
Karin M. Cogbill
Veena Bhatia
Attorneys for Defendant
NICE SYSTEMS, INC.

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Karin M. Cogbill, am the ECF user whose ID and password are being used to file this Joint Stipulation Regarding the Extension of Time to Answer or otherwise respond to Plaintiff's Complaint. In compliance with N.D. Cal. Civ. L.R, 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document and have obtained authorization to use their electronic signature to sign this document.

Date: March 3, 2025                    JACKSON LEWIS P.C.

By: ___/s/ Karin M. Cogbill___
Karin M. Cogbill

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA SHERRILL,<br><br>Plaintiff,<br><br>v.<br><br>NICE SYSTEMS, INC., a corporation,<br><br>Defendant. | Case No. 3:24-cv-02573<br><br>**ORDER (AS MODIFIED) GRANTING JOINT STIPULATION TO VACATE MARCH 20, 2025 MANDATORY SETTLEMENT CONFERENCE AND CONVERTING MARCH 20, 2025 TO A FURTHER SETTLEMENT PLANNING CALL BY ZOOM**<br><br>Complaint Filed:  04/30/2024<br>Trial Date:       09/15/2025 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

IT IS HEREBY ORDERED AS FOLLOWS: the Mandatory Settlement Conference currently scheduled for March 20, 2025 at 10:00 a.m. with Chief Magistrate Judge Ryu at the U.S. District Court, 1301 Clay Street, Oakland, California 94612 is hereby **VACATED AND CONVERTED TO A FURTHER SETTLEMENT PLANNING CALL BY ZOOM.**

**Meeting Access:** All counsel may access Judge Ryu's Non-public Zoom Meeting information at **https://www.cand.uscourts.gov/dmr.**
Meeting ID: 161 949 4731
Passcode: 030361

Counsel may also join the meeting by phone by dialing 669-254-5252.  You will need the meeting ID and passcode, but you do not need a participant ID.

**IT IS SO ORDERED AS MODIFIED.**

Dated:  March 3, 2025

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]

_____
DONNA M. RYU
Chief Magistrate Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed with the law firm of Jackson Lewis P.C., whose address is 160 W. Santa Clara St., Ste. 400, San Jose, CA 95113; I am over the age of eighteen (18) years and am not a party to this action.

On the date indicated below, I served the attached **JOINT STIPULATION TO VACATE MARCH 20, 2025 MANDATORY SETTLEMENT CONFERENCE;** and **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE MARCH 20, 2025 MANDATORY SETTLEMENT CONFERENCE** uploaded as follows:

| Scott Stillman<br>THE LAW OFFICE OF SCOTT STILLMAN<br>220 Jackson St., Ste. 350<br>San Francisco, CA 94111<br>Tel: (415) 306-8024<br>Email: scott@scottstillmanlaw.com | *Attorneys for Plaintiff*<br><br>FRANCESCA SHERRILL |
|---|---|

☐ **BY MAIL:** United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. [( ) *Courtesy*

☐ **BY E-MAIL:** I caused such document to be transmitted electronically from the undersigned's e-mail [your.name]@jacksonlewis.com to the e-mail address(es) listed above (by written agreement, confirming e-mail dated 6/21/24).

☒ **BY CM/ECF**: With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Courts CM/ECF System.

☒ **FEDERAL** I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 3, 2025, at San Jose, California.

*/s/Valynn R. Torres*
Valynn R. Torres

4933-2534-9152, v. 1